**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

IN RE: ZANTAC (RANITIDINE)                           MDL NO 2924
PRODUCTS LIABILITY                                    20-MD-2924
LITIGATION

                                            JUDGE ROBIN L ROSENBERG
                                    MAGISTRATE JUDGE BRUCE REINHART

      9:21CV80248 _____ /

**THIS DOCUMENT RELATES TO:**              **JURY TRIAL DEMANDED**

ROBERT MICHAEL BROWN _____
(Plaintiff Name(s))

## <u>SHORT-FORM COMPLAINT</u>

The Plaintiff(s) named below, by counsel, file(s) this Short Form Complaint against Defendants named below. Plaintiff(s) incorporate(s) by reference the allegations contained in the Master Personal Injury Complaint ("MPIC") in *In re: Zantac (Ranitidine) Products Lability Litigation,* MDL No. 2924 (S.D. Fla). Plaintiff(s) file(s) this Short-Form Complaint as permitted by Pretrial Order No. 31.

Plaintiff(s) select(s) and indicate(s) by completing where requested, the Parties and Causes of Actions specific to this case. Where certain claims require additional pleading or case specific facts and individual information, Plaintiff(s) shall add and include them herein.

Plaintiff(s), by counsel, allege as follows:

### I.       PARTIES, JURISDICTION, AND VENUE

#### A. PLAINTIFF(S)

1.    Plaintiff(s) ROBERT BROWN _____

("Plaintiff(s)") brings this action (check the applicable designation):

       ☒     On behalf of [*himself/herself*];

1

☐   In representative capacity as the _____, on behalf

of    the    injured    party,    (Injured    Party's    Name)

_____.

2.   Injured    Party    is    currently    a    resident    and    citizen    of (City,    State)

Oak Grove _____ LA _____ and claims damages as set forth below.

—OR—

Decedent  died  on (Month, Day, Year) _____. At  the  time  of

Decedent's  death,  Decedent  was  a  resident  and  citizen  of (City,   State)

_____.

If any party claims loss of consortium,

3.   _____ ("Consortium  Plaintiff")  alleges  damages  for  loss  of

consortium.

4.   At the time of the filing of this Short Form Complaint, Consortium Plaintiff is a

citizen and resident of (City, State) _____.

5.   At the time the alleged injury occurred, Consortium Plaintiff resided in (City, State)

_____.

## B.  DEFENDANT(S)

6.   Plaintiff(s)  name(s)  the  following  Defendants  from  the  Master  Personal  Injury
Complaint in this action:

### a.  Brand Manufacturers:
Pfizer Inc.; Boehringer Ingelheim USA Corporation; Sanofi S.A.; GlaxoSmithKline
LLC; GlaxoSmithKline (America) Inc.; Boehringer Ingelheim Pharmaceuticals, Inc.;
Sanofi-Aventis U.S. LLC; Boehringer Ingelheim International GmbH; Boehringer
Ingelheim Promeco, S.A. de C.V.; Boehringer Ingelheim Corporation; Sanofi US
Services Inc.; GlaxoSmithKline PLC

    **b.** **Generic Manufacturers:**

    **c.** **Distributors:**

    **d.** **Retailers:**
       Wal-Mart

    **e.** **Repackagers:**

    **f.** **Others Not Named in the MPIC:**

## C. JURISDICTION AND VENUE

7.   Identify the Federal District Court in which Plaintiff(s) would have filed this action in the absence of Pretrial Order No. 11 (direct filing) [or, if applicable, the District Court to which their original action was removed]:

   Western_____ District of LA_____

8.   Jurisdiction is proper upon diversity of citizenship.

## II.   PRODUCT USE

9.   The Injured Party used Zantac and/or generic ranitidine: [*Check all that apply*]

   ☒   By prescription

   ☒   Over the counter

10.   The Injured Party used Zantac and/or generic ranitidine from approximately (month, year) Oct____1984_____ to May____2018_____.

## III.   PHYSICAL INJURY

11.   As a result of the Injured Party's use of the medications specified above, [*he/she*] was diagnosed with the following specific type of cancer (check all that apply):

| Check all that apply | Cancer Type | Approximate Date of Diagnosis |
|---|---|---|
| ☐ | BLADDER CANCER | |
| ☐ | BRAIN CANCER | |
| ☐ | BREAST CANCER | |
| ☒ | COLORECTAL CANCER | Mar   19   2018 |

| Check all that apply | Cancer Type | Approximate Date of Diagnosis |
|---|---|---|
| ☐ | ESOPHAGEAL/THROAT/NASAL CANCER | |
| ☐ | INTESTINAL CANCER | |
| ☐ | KIDNEY CANCER | |
| ☐ | LIVER CANCER | |
| ☐ | LUNG CANCER | |
| ☐ | OVARIAN CANCER | |
| ☐ | PANCREATIC CANCER | |
| ☐ | PROSTATE CANCER | |
| ☐ | STOMACH CANCER | |
| ☐ | TESTICULAR CANCER | |
| ☐ | THYROID CANCER | |
| ☐ | UTERINE CANCER | |
| ☐ | OTHER CANCER: _____ | |
| ☐ | DEATH (CAUSED BY CANCER) | |

12.     Defendants, by their actions or inactions, proximately caused the injuries to Plaintiff(s)

## IV.    CAUSES OF ACTION ASSERTED

13.    The following Causes of Action asserted in the Master Personal Injury Complaint are asserted against the specified defendants in each class of Defendants enumerated therein, and the allegations with regard thereto are adopted in this Short Form Complaint by reference.

| Check if Applicable | COUNT | Cause of Action |
|---|---|---|
| ☒ | I | STRICT PRODUCTS LIABILITY – FAILURE TO WARN |
| ☒ | II | STRICT PRODUCTS LIABILITY – DESIGN DEFECT |
| ☒ | III | STRICT PRODUCTS LIABILITY – MANUFACTURING DEFECT |
| ☒ | IV | NEGLIGENCE – FAILURE TO WARN |
| ☒ | V | NEGLIGENT PRODUCT DESIGN |
| ☒ | VI | NEGLIGENT MANUFACTURING |
| ☒ | VII | GENERAL NEGLIGENCE |
| ☒ | VIII | NEGLIGENT MISREPRESENTATION |
| ☒ | IX | BREACH OF EXPRESS WARRANTIES |
| ☒ | X | BREACH OF IMPLIED WARRANTIES |
| ☒ | XI | VIOLATION OF CONSUMER PROTECTION AND DECEPTIVE TRADE PRACTICES LAWS and specify the state's statute below: LA Rev Stat §§ 51:1401 et seq. |
| ☒ | XII | UNJUST ENRICHMENT |
| ☐ | XIII | LOSS OF CONSORTIUM |
| ☐ | XIV | SURVIVAL ACTION |
| ☐ | XV | WRONGFUL DEATH |
| ☐ | XVI | OTHER: _____ |
| ☐ | XVII | OTHER: _____ |
| ☐ | XVIII | OTHER: _____ |

If Count XVI, Count XVII or Count XVIII is alleged, additional facts supporting the claim(s):

## V.     JURY DEMAND

14.     Plaintiff(s) hereby demand(s) a trial by jury as to all claims in this action.

## VI.     PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff(s) has/have been damaged as a result of Defendants' actions or inactions and demand(s) judgment against Defendants on each of the above-referenced causes of action, jointly and severally to the full extent available in law or equity, as requested in the Master Personal Injury Complaint.

Attorney 1 Signature: /s/ Kristie M. Hightower

Attorney 1 Print: Kristie M. Hightower

Attorney 2 Signature: _____

Attorney 2 Print: _____

Firm: Lundy, Lundy, Soileau & South, LLP

Address 1: 501 Broad Street

Address 2: _____

City: Lake Charles

State: LA

Zip: 70601

Email: khightower@lundylawllp.com

Phone: (337) 439-0707

Attorney 1 Signature: _____

Attorney 1 Print: _____

Attorney 2 Signature: _____

Attorney 2 Print: _____

Firm: _____

Address 1: _____

Address 2: _____

City: _____

State: _____

Zip: _____

Email: _____

Phone: _____